UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. C06-0206-RSM |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| SALOMAN TORRES-ALVARADO, | ) | |
| Defendant. | ) | |

Offenses charged:

Conspiracy to Distribute Cocaine and Heroin in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(A) and 846, involving five kilograms or more of a mixture and substance containing a detectable amount of cocaine, and one kilogram or more of a mixture or substance containing a detectable amount of heroin.

Date of Detention Hearing:  August 2, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)  Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.

(2)  Defendant appears to be a native and citizen of Mexico and in the United States illegally.

(3)  Defendant is associated with four alias names and two dates of birth.

(4)  Defendant did not interview with pretrial services, and has produced no evidence rebutting the presumption.

(5)  There are no conditions or combination of conditions, other than detention, that will reasonably assure the appearance of defendant as required, or the safety of the community.

IT IS THEREFORE ORDERED:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>2nd</u> day of August, 2006.

                                        <u>s/ James P. Donohue</u>
                                        United States Magistrate Judge

DETENTION ORDER        15.13
18 U.S.C. § 3142(i)        Rev. 1/91
PAGE 3